JAMES R. OLSON, ESQ.
Nevada Bar No. 116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
RAYMOND E. McKAY, ESQ.
Nevada Bar No. 8569
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
jolson@ocgd.com
mstoberski@ocgd.com
rmckay@ocgd.com
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorneys for Defendants,
ANDREA BALLUS, an individual, and
SIFT: A CUPCAKERY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE CUPCAKERY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA BALLUS, an individual; and SIFT: A CUPCAKERY, a California limited liability company,<br><br>Defendants. | CASE NO. 2:09-cv-00807-KJD-LRL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, THE CUPCAKERY LLC, by and through its attorneys, GREENBERG TRAURIG, LLP, and Defendants, ANDREA BALLUS, and SIFT: A CUPCAKERY, by and through their attorneys, OLSON, CANNON, GORMLEY & DESRUISSEAUX, and hereby stipulate that the above-entitled action shall be dismissed with prejudice.

. . .

. . .

The parties further stipulate that each party to bear their own attorneys' fees and costs.

| OLSON, CANNON, | GREENBERG TRAURIG, LLP |
| GORMLEY & DESRUISSEAUX | |

By /s/ Michael E. Stoberski
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
RAYMOND E. McKAY, ESQ.
Nevada Bar No. 008569
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

By /s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 006559
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Attorneys for Plaintiff

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled action shall be dismissed with prejudice; and,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party will bear their own attorneys' fees and costs.

9/27/10

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By /s/ Michael E. Stoberski
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
RAYMOND E. McKAY, ESQ.
Nevada Bar No. 008569
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants