1  JAMES E. SMYTH II
   Nevada Bar No. 6506
2  LISA J. ZASTROW
   Nevada Bar No. 9727
3  KAEMPFER CROWELL RENSHAW
   GRONAUER & FIORENTINO
4  8345 West Sunset Road, Suite 250
   Las Vegas, Nevada 89113
5  Telephone: (702) 792-7000
   Fax:       (702) 796-7181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE CUPCAKERY LLC, a Nevada limited liability company, | Case No. 2:09-CV-00807-KJD-LRL |
| Plaintiff, | |
| vs. | |
| ANDREA BALLUS, an individual; and SIFT: A CUPCAKERY, a California limited liability company, | **ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |
| Defendants. | |

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is hereby

ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it is further

ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.

DATED this 24th day of November, 2010.

_____
UNITED STATED MAGISTRATE JUDGE

948930_1.DOC [Client-Matter]

Page 1 of 1